UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  §
 §
YABUSH, ERIC  §   Case No. 12-31487
 §
    Debtor(s)  §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

          Kenneth Gardner
          U.S. Bankruptcy Court Clerk
          219 South Dearborn Street- 7th Floor
          Chicago, IL  60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 04/11/2013 in Courtroom 680,
          United States Courthouse
          219 South Dearborn Street
          Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: Kenneth S. Gardner_____
                                                  Clerk, U.S. Bankruptcy Court

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| YABUSH, ERIC | § | Case No. 12-31487 |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 7,600.00 |
| and approved disbursements of | $ | 505.98 |
| leaving a balance on hand of[1] | $ | 7,094.02 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Phillip D. Levey | $ 1,460.00 | $ 0.00 | $ 1,460.00 |
| Trustee Expenses: Phillip D. Levey | $ 17.10 | $ 0.00 | $ 17.10 |
| Attorney for Trustee Fees: Phillip D. Levey | $ 1,980.00 | $ 0.00 | $ 1,980.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 3,457.10 |
| Remaining Balance | | $ | 3,636.92 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 64,210.68 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | Internal Revenue Service | $ 64,210.68 | $ 0.00 | $ 3,636.92 |
| | Total to be paid to priority creditors | | $ | 3,636.92 |
| | Remaining Balance | | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 138,601.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Fifth Third Bank | $ 12,040.13 | $ 0.00 | $ 0.00 |
| 000003 | American InfoSource LP as agent for | $ 10,936.48 | $ 0.00 | $ 0.00 |
| 000004 | American InfoSource LP as agent for | $ 4,379.53 | $ 0.00 | $ 0.00 |
| 000005 | American Express Centurion Bank | $ 23,224.94 | $ 0.00 | $ 0.00 |
| 000006 | American InfoSource LP as agent for | $ 8,923.16 | $ 0.00 | $ 0.00 |
| 000007 | American InfoSource LP as agent for | $ 6,544.69 | $ 0.00 | $ 0.00 |
| 000008 | Rhonda R. Carr | $ 10,000.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | American InfoSource LP as agent for | $ 1,134.05 | $ 0.00 | $ 0.00 |
| 000010 | Law Offices of Leslie L. Veon | $ 37,506.00 | $ 0.00 | $ 0.00 |
| 000011 | Portfolio Recovery Associates, LLC | $ 2,482.67 | $ 0.00 | $ 0.00 |
| 000001B | Internal Revenue Service | $ 21,429.35 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors   $ 0.00

Remaining Balance   $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Phillip D. Levey
Trustee's Counsel

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 12-31487-JPC
Eric Yabush                                                               Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: cturner              Page 1 of 3              Date Rcvd: Mar 15, 2013
                               Form ID: pdf006            Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 17, 2013.
```
db          +Eric Yabush,    549 4th St.,    Lemont, IL 60439-4111
19293825    +Adventist Bolingbrook Hospital,    PO Box 7000,    Bolingbrook, IL 60440-7000
19293827    +American Express,    American Express Special Research,    Po Box 981540,    El Paso, TX 79998-1540
19994020     American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20026713    +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
              El Segundo, CA 90245-3504
19293830    +Cap One Na,   Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
19293831    +Central DuPage Hospital,    Mail Processing Center,    P.O. Bos 739,    Moline, IL 61266-0739
19293832    +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
19293833    +Citibank / Sears,    Citicard Credit Srvs/Centralized Bankrup,    Po Box 20363,
              Kansas City, MO 64195-0363
19293834     Client Services, Inc.,    6451 Harry S Truman Blvd,    Saint Charles, MO 63301-4047
19293836    +Department Stores National Bank/Macy’s,    Bankruptcy Processing,    PO Box 8053,
              Mason, OH 45040-8053
19293837    +Department Stores National Bank/Visa,    Bankruptcy Processing,    PO Box 8053,
              Mason, OH 45040-8053
19293838    +Dupage Emerg Phys Conv Care,    PO Box 366,    Hinsdale, IL 60522-0366
19293840    +Fifth Third Bank,    Fifth Third Bank Bankruptcy Department,,    1830 E Paris Ave Se,
              Grand Rapids, MI 49546-6253
19293841    +Fifth Third Bank,    Fifth Third Bank Bankruptcy Department,,    1830 East Paris Ave.,
              Grand Rapids, MI 49546-6253
19293842    +Fifth Third Bank,    Fifth Third Bank Bankruptcy Department,,    1830 East Paris Ave. Se,
              Grand Rapids, MI 49546-6253
19734279    +Fifth Third Bank,    9441 LBJ Freeway, Suite 350,    Dallas, TX 75243-4652
19293843    +Glenn J. Kahn,    Kipnis & Kahn, Ltd,    20 N. Clark Street, Suite 1650,    Chicago, IL 60602-5001
19293844     Healthcare Recovery Solutions,    1515 190th Street, Suite 350,    Gardena, CA 90248-4910
19293846    +J.P. Morgan Chase Bank, N.A.,    P.O. Box 80908,    Rochester Hills, MI 48308-0908
19293847    +Jerry Goldberg,    Mammas,    Goldberg,    211 West Wacker Drive, Suite 1100,
              Chicago, IL 60606-1331
20054544    +Law Offices of Leslie L. Veon,    Law Offices of Nathan Lollis LLC,    22 W Washington St Ste 1500,
              Chicago, IL 60602-1607
19293848    +Law Offices of Nathan Lollis, LLC,    22 W. Washington St., Ste. 1500,    Chicago, IL 60602-1607
19293849    +Lemont Fire Prot. Dist.,    P.O. Box 438495,    Chicago, IL 60643-8495
19293851    +Med Busi Bur,    1460 Renaissance Dr,    Park Ridge, IL 60068-1349
19293857   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Rc,     Attn: Bankruptcy,    Po Box 41067,    Norfolk, VA 23541)
19293856     Pan Am Collections,    P.O. Box 5528,    Bloomington, IL 61702-5528
19293858    +Radiologists of Dupage, S.C.,    250 E 22nd St,    Lombard, IL 60148
19293859    +Rhonda Carr,    c/o Daniel E. Compton,    85 Market Street,    Elgin, IL 60123-5083
19293860    +Rhonda R. Carr,    16 Whittington Course,    Saint Charles, IL 60174-5788
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20003796      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 16 2013 02:52:44
              American InfoSource LP as agent for,    Asset Acceptance,    as assignee of FIFTH THIRD BANK,
              PO Box 248838,    Oklahoma City, OK  73124-8838
19754648      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 16 2013 02:52:44
              American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
              Oklahoma City, OK  73126-8941
19293828     +E-mail/Text: RBALTAZAR@ARMORSYS.COM Mar 16 2013 02:38:39      Armor Systems Co,    1700 Kiefer Dr,
              Zion, IL 60099-5105
19293829     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Mar 16 2013 02:36:51       Asset Acceptance Llc,
              Po Box 1630,    Warren, MI 48090-1630
19293835      Fax: 309-828-9314 Mar 16 2013 02:49:01      Creditors’ Alliance,    P.O. Box 1288,
              Bloomington, IL 61702-1288
19293839      E-mail/Text: bknotice@erccollections.com Mar 16 2013 04:25:12      Enhanced Recovery Company, LLC,
              8014 Bayberry Rd.,    Jacksonville, FL 32256-7412
19293845      E-mail/Text: cio.bncmail@irs.gov Mar 16 2013 02:32:35      Internal Revenue Service,    PO Box 7346,
              Philadelphia, PA 19101-7346
19293852     +E-mail/Text: bankruptcydpt@mcmcg.com Mar 16 2013 02:37:06      Midland Credit Management, Inc.,
              8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
19293853     +E-mail/Text: bankruptcydpt@mcmcg.com Mar 16 2013 02:37:06      Midland Funding,
              8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
19293854     +E-mail/Text: bankruptcydepartment@ncogroup.com Mar 16 2013 04:29:33
              NCO Financial Systems, Inc.,    507 Prudential Road,    Horsham, PA 19044-2368
19293855     +E-mail/Text: clientservices@northwestcollectors.com Mar 16 2013 03:07:17       Northwest Collectors,
              3601 Algonquin Rd. Suite 232,    Rolling Meadows, IL 60008-3143
19293826     +E-mail/PDF: recoverybankruptcy@afninet.com Mar 16 2013 02:47:10       afni,
              1310 Martin Luther King Drive,    Bloomington, IL 61701-1465
19293850     +E-mail/Text: bankruptcydpt@mcmcg.com Mar 16 2013 02:37:06      mcm,    Dept 12421,    PO BOX 603,
              Oaks, PA 19456-0603
                                                                                              TOTAL: 13
```

```
District/off: 0752-1                  User: cturner                 Page 2 of 3                  Date Rcvd: Mar 15, 2013
                                      Form ID: pdf006               Total Noticed: 43

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20055613*   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court:   Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541)
20055638*   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court:   Portfolio Recovery Associates, LLC,
                successor to CAPITAL ONE BANK, N.A.,   by PRA Receivables Management LLC,    POB 41067,
                Norfolk, VA 23541)
                                                                                              TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 17, 2013**                         **Signature:**            *Joseph Speetjens*

```
District/off: 0752-1          User: cturner              Page 3 of 3            Date Rcvd: Mar 15, 2013
                              Form ID: pdf006            Total Noticed: 43
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2013 at the address(es) listed below:
              Kathy   Wantuch    on behalf of Debtor Eric   Yabush kwantuch@hiltzlaw.com,   jhiltz@hiltzlaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Phillip D Levey, ESQ    on behalf of Trustee Phillip D Levey, ESQ levey47@hotmail.com,
               plevey@ecf.epiqsystems.com
              Phillip D Levey, ESQ    levey47@hotmail.com,   plevey@ecf.epiqsystems.com
                                                                                             TOTAL: 4